IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE CITY OF EAST POINT, | |
| Plaintiff, | |
| v. | |
| EMANUEL RESTO, | CIVIL ACTION NO. 1:18-CV-1294-AT |
| Defendant. | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 3] that the case be remanded to the Municipal Court of the City of East Point, Georgia.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, this case is **REMANDED** to the Municipal Court of the City of East Point, Georgia.

**IT IS SO ORDERED** this 26th day of June, 2018.

_____
**Amy Totenberg**
**United States District Judge**